F.2d 203 (5th Cir. 1969), then the lack of a certificate of probable cause requires dismissal. McFrederick v. Florida, 261 F.2d 52 (5th Cir. 1958).

 Nevertheless, we have examined the entire record. The allegations of the petition are wholly insufficient to support a claim of denial of a speedy trial as recognized by Smith v. Hooey, 393 U.S. 374, 89 S.Ct. 575, 21 L.Ed.2d 607 (1969); Dickey v. Florida, 398 U.S. 30, 90 S.Ct. 1564, 26 L.Ed.2d 26 (1970).

Affirmed.

Clarence VINCENT, Plaintiff-Appellant,

v.

ROYAL GLOBE INSURANCE COMPANY et al., Defendants-Appellees.

Mrs. Hilda Mae Smith HONORE, Individually, et cetera, et al., Plaintiffs-Appellants,

v.

McDONNELL & MILLER, INC., et al., Defendants-Appellees,

Great American Insurance Company, Intervenor-Appellant.

No. 30807

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 26, 1971.

Arthur Cobb, Baton Rouge, La., for Mrs. Hilda Mae Smith Honore, etc., and others.

W. S. McKenzie, Taylor, Porter, Brooks & Phillips, Baton Rouge, La., for intervenor-appellant.

Kenneth C. Scullin, Boris Navratil and Maurice J. Wilson, of Breazeale, Sachse & Wilson, Baton Rouge, La., for McDonnell & Miller, Inc.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Boeing Company v. Shipman, 411 F.2d 365 (5th Cir. 1969).

George Bruce HALLING, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 31083.

United States Court of Appeals, Fifth Circuit.

March 25, 1971.

* Rule 18, 5th Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F. 2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.